**Danny BUGG, Appellant,**

v.

**Earl F. SEITZ, Respondent.**

**No. WD 37240.**

Missouri Court of Appeals, Western District.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1986.

Application to Transfer Denied Sept. 16, 1986.

Danny Bugg, pro se.

Raymond C. Lewis, Columbia, for respondent.

Before MANFORD, P.J., and PRITCH-ARD and TURNAGE, JJ.

**4**

## ORDER

PER CURIAM:

Direct appeal from a summary judgment entered upon an action for legal malpractice.

Judgment affirmed. Rule 84.16(b).